123 A.3d 327

**Vincent THOMAS, Petitioner**

**v.**

**Honorable, Gregory M. MALLON, Judge, of Delaware County, PA., and Honorable, Chad F. Kenney, Judge of Delaware County, PJ., Respondents.**

**No. 114 MM 2015.**

Supreme Court of Pennsylvania.

Sept. 29, 2015.

### *ORDER*

PER CURIAM

**AND NOW,** this 29th day of September, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the names of the jurists from the caption.